# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KAKOWSKI, ) | 3:16-cv-00623-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | June 29, 2017 |
| ) | |
| NEVADA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received Plaintiff's Request for Update (ECF No. 5).  Plaintiff is advised that his case in line for screening and he must await cases filed ahead of his which are being addressed at present.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
         Deputy Clerk